# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# LUBBOCK DIVISION

| | |
|---|---|
| CT LAND & CATTLE CO., L.L.C., A TEXAS LIMITED LIABILITY COMPANY, § § § § **Plaintiff,** § § v. § § **NATIONWIDE AGRIBUSINESS INSURANCE COMPANY, A FOREIGN CORPORATION, AND THE TRAVELERS INDEMNITY COMPANY OF AMERICA, A FOREIGN CORPORATION,** § § § § § § § **Defendants.** § | CIVIL ACTION NO. 5:17-cv-00118-C |

## STIPULATION OF DISMISSAL

Plaintiff CT Land & Cattle Co., L.L.C. ("Plaintiff") and Defendants Nationwide Agribusiness Insurance Company and The Travelers Indemnity Company of America (collectively, "Defendants") hereby file this Stipulation of Dismissal:

1. Plaintiff and Defendants have resolved all disputes between them and hereby stipulate that this civil action, including all claims and causes of action which were or could have been asserted by and among Plaintiff and Defendants should be dismissed with prejudice, with costs borne by the party incurring same.

2. The parties hereto are, along with the filing of this Stipulation, submitting a proposed Agreed Order of Dismissal With Prejudice to the Court for entry.

Respectfully submitted,

*/s/ Andrew B. Curtis (w/permission)*
ANDREW B. CURTIS
Texas Bar No. 24052013
MATTHEW M. MCKEE
Texas Bar No. 24082363
CRAIG, TERRILL, HALE & GRANTHAM, L.L.P.
9816 Slide Road, Suite 201
Lubbock, Texas 79424
(806) 744-3232
(806) 744-2211 (Fax)
acurtis@cthglawfirm.com

**ATTORNEYS FOR PLAINTIFF**


*/s/ Ryan D. Brown (w/permission)*
RYAN D. BROWN
Texas Bar No. 24094567
HERMES LAW, P.C.
2001 N. Lamar Street, Suite 450
Oilwell Supply Building
Dallas, Texas 75202
(214) 749-6810
(214) 749-6801 (Fax)
ryan@hermes-law.com

**ATTORNEY FOR DEFENDANT
NATIONWIDE AGRIBUSINESS INSURANCE
COMPANY**

*/s/ Alissa Puckett*
WM. LANCE LEWIS
Texas Bar No. 12314560
ALISSA PUCKETT
Texas Bar No. 24056886
QUILLING, SELANDER, LOWNDS, WINSLETT
& MOSER, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100
(214) 871-2111 (Fax)
llewis@qslwm.com
apuckett@qslwm.com

**ATTORNEYS FOR DEFENDANT THE TRAVELERS INDEMNITY COMPANY OF AMERICA**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing has been furnished to all counsel of record electronically via ECF, in accordance with the Federal Rules of Civil Procedure, this 2nd day of January 2018.

*/s/ Alissa Puckett*
Wm. Lance Lewis /Alissa Puckett