IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| CT LAND & CATTLE CO., L.L.C., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| NATIONWIDE AGRIBUSINESS, | ) |
| INSURANCE COMPANY, et al., | ) |
| | ) |
| Defendants. | )   Civil Action No. 5:17-CV-118-C |

**AGREED ORDER OF DISMISSAL**

The Court, having considered the parties' Stipulation of Dismissal, filed January 2, 2018,

IT IS ORDERED that the above-styled and -numbered civil action is **DISMISSED WITH PREJUDICE** with costs taxed against the party incurring same.

SO ORDERED this 3rd day of January, 2018.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE